IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MARKUS A. GREEN** | § | |
| | § | |
| **V.** | § | **A-23-CV-059-RP** |
| | § | |
| **BOBBY LUMPKIN** | § | |

### ORDER OF DISMISSAL

Before the Court is Petitioner Markus A. Green's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. Green filed his petition in the Eastern District of Texas. The Tyler court transferred the petition to Austin, because Green is actually challenging alleged improprieties connected to his federal term of supervised release imposed in Cause No. A-98-CR-254-JN.

On February 19, 2019, the Court barred Green from filing anything further in his criminal case related to his term of supervised release until he is released from state custody. The Court warned that forthcoming submissions, with the exception of a notice of appeal, will be neither addressed nor acknowledged.

To circumvent the Court's orders Green filed a petition purportedly under section 2241 in the Eastern District of Texas, which was transferred to this Court. After consideration of the petition, it is dismissed pursuant to the Court's orders barring Green from filing the petition.

It is therefore **ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, filed by Markus A. Green is **DISMISSED WITHOUT PREJUDICE** and a certificate of appealability, to the extent a certificate is necessary, is **DENIED**. Due to Petitioner's abusive litigation practices, Petitioner is **BARRED** from filing anything further in this case with the exception of a notice of appeal.

**SIGNED** on January 20, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE